# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Tyrone Ford                                                   Docket No. 7:10-CR-72-4H

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyrone Ford, who, upon an earlier plea of guilty to Conspiracy to Commit Mail and Wire Fraud, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 13, 2010, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Tyrone Ford was released from custody on March 6, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Tyrone Ford has completed 16 months of supervision and during that time he has remained in compliance. However, on July 2, 2013, our office was preparing his case to move to low intensity supervision when he submitted to urine testing and the result was positive for cocaine. Ford has admitted to ingesting what he thought was a headache powder prior to the test, but does admit he used bad judgement and assures the probation officer that it will not happen again. As such we are recommending the court address this violation by imposing a sanction of 48 hours of community service. In addition, we are recommending the court impose conditions requiring Ford to participate in a urine testing and treatment program, and cognitive behavioral therapy. These programs will help him to remain drug free and reshape his thought process to avoid making bad decisions in the future.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Tyrone Ford
Docket No. 7:10-CR-72-4H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: July 18, 2013 |

**ORDER OF COURT**

Considered and ordered this 22nd day of July, 2013, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge